In the Matter of the Claim of JOHN MALLORY, Respondent, against AMERICAN BRIDGE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hill, Rhodes and Crapser, JJ., concur; Hinman, J., dissents and votes to reverse on the ground that dependency for the period of one year prior to the date of accident was not proved.

In the Matter of the Claim of FLORENCE DUMARS, Respondent, against R. H. BAKER COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of CARRIE PFLUGER, Respondent, against R. O. PROPER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of JOHN DALBERTH, Respondent, against IUPPA & BATTLE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.* — Award affirmed, with costs to the State Industrial Board, the constitutional question presented having been considered and passed upon. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; Crapser, J., dissents on the ground that the question of the amount of claimant's compensation should be based upon his capacity to earn and not upon his actual wages, and that section 15, subdivision 5-a, of Workmen's Compensation Law, in so far as it limits the Board's authority, is unconstitutional.

In the Matter of the Claim of CARL WEBSTER, Respondent, against FRANK J. SCHNECK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of HERMAN FRIEDMAN, Respondent, against YELLOW TAXI CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of BENJAMIN LOZUNSKY, Respondent, against PACKARD MOTOR CAR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

SULLIVAN COUNTY SAVINGS AND LOAN ASSOCIATION, Respondent, v. MEYER A. NOVICK, Appellant, and Others, Defendants.— Order reversed on the law as to the counterclaim alleged in paragraphs 13, 14 and 15 of the amended answer, and the motion denied, and the counterclaim reinstated; in other particulars the order is affirmed, with ten dollars costs and disbursements to the appellant. Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ., concur.